IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| SHERIAN MCCOY,<br>Plaintiff<br><br>V<br><br>GC SERVICES, LP,<br>Defendant | §<br>§<br>§<br>§ No. 4:11-CV-00056-Y<br>§<br>§<br>§<br>§ JURY DEMAND |

## JOINT STIPULATION OF DISMISSAL OF ACTION WITH <u>PREJUDICE PURSUANT TO RULE 41(a)</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, SHERIAN MCCOY, and Defendant, GC SERVICES, LP. (hereinafter referred to as "GC Services") hereby file this joint stipulation of dismissal, with prejudice, pursuant to FED. R. CIV. P. 41(a).

1. Sherian McCoy. is the only plaintiff.  GC Services is the only defendant.  Plaintiff filed suit GC Services for purported violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et. seq.*, and Texas Finance Code.

2. Plaintiff and GC Services have now resolved all pending claims and issues currently before this Court.

3. Plaintiff hereby moves to dismiss this suit, all claims, and all causes of action asserted by Plaintiff against all parties with prejudice to the refiling of the same.

4. GC Services, who has answered, agrees to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or

claims as those presented in this suit.

8. This dismissal is with prejudice.

9. All parties further stipulate and agree that all court costs shall be paid by the party that incurred the same.

**RESPECTFULLY SUBMITTED**,

By: _s/ Dave Lilley_
Dave Lilley, Esq.
Texas Bar No. 24035064
Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, Texas 76306
(866) 865-3666 Ext. 1056 Telephone
(877) 570-5413 Facsimile
dlilley@lemonlawinfo.com
ATTORNEY FOR PLAINTIFF
SHERIAN MCCOY

*SPROTT, RIGBY, NEWSOM, ROBBINS & LUNCEFORD, PC*

By:_/s/ Kandy E. Messenger_
KANDY E. MESSENGER
State Bar No. 24053360
2211 Norfolk Suite 1150
Houston, Texas   77098
Tel:  (713) 523-8338
Fax:  (713) 523-9422
messenger@sprottrigby.com
ATTORNEY FOR DEFENDANT
GC SERVICES, LP

## CERTIFICATE OF SERVICE

I, certify on 1st of November 2011, I served all parties and counsel of record with this Joint Stipulation of Dismissal in accordance with federal and local rules as follows:

Kandy E. Messenger              *Via E-File*
2211 Norfolk Suite 1150
Houston, Texas 77098


By:   *s/ Dave Lilley*
      Dave Lilley