```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

SHERIAN McCOY § 
§ 
VS. § CIVIL ACTION NO. 4:11-CV-056-Y
§ 
GC SERVICES, LP § 

<u>FINAL JUDGMENT</u>

Pursuant to the parties' stipulation of dismissal (doc. 19) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED November 8, 2011.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc